# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 05, 2019

SEAN F. McAVOY, CLERK

ISAIAH D.,

| | )  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| *Defendant* | |

Civil Action No.  4:18-CV-05172-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment (ECF No. 11) is DENIED.
The Commissioner's Motion for Summary Judgment (ECF No. 12) is GRANTED.
Judgment is entered in favor of Defendant.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   EDWARD F. SHEA _____  on motions for

Summary Judgment (ECF Nos. 11 and 12).

Date:  08/05/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates

*(By) Deputy Clerk*

Allison Yates